

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2019

Nos. 04-19-00255-CR, 04-19-00258-CR & 04-19-00259-CR

John Gabriel **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2017CR7236, 2019CR2596, & 2019CR2597
The Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant John Gabriel Castillo filed notices of appeal for trial court causes which were assigned appeals numbered as follows:

| Trial Court Cause | Appeal Number |
|---|---|
| 2017CR7236 | 04-19-00255-CR |
| 2019CR2596 | 04-19-00258-CR |
| 2019CR2597 | 04-19-00259-CR |

The clerk's record in each appeal shows the underlying causes were taken into consideration in Appellant's plea bargain, no final judgment or trial court certification was signed, and each cause was dismissed.

The clerk's records do not appear to contain an appealable judgment or order. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02 (authorizing a defendant in a criminal action to appeal); *Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008) (reiterating that the right to appeal under article 44.02 is limited to appeal from a final judgment).

We ORDER Appellant to show cause in writing not later than TWENTY DAYS from the date of this order why these appeals should not be dismissed for want of jurisdiction. *See Abbott*,

271 S.W.3d at 697 n.8. If Appellant fails to show cause in writing as ordered, these appeals will be dismissed. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court